## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| The Trustees of the National Roofing Industry Pension Plan,<br><br>                 Plaintiffs,<br><br>vs.<br><br>Herman Roofing, Inc., a Minnesota corporation,<br><br>                 Defendant. | Civil File No. 07-52 RHK/RLE<br><br><br>**ORDER<br>FOR JUDGMENT** |

---

The above-entitled matter came without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendant and consistent with this Court's Order dated June 22, 2007.

Based upon the Court's Order dated June 22, 2007, the Affidavit of Stephen C. Kelly for Entry of Judgment, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

### ORDER

That the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendant, in the amount of $9,964.60.

Dated: January  17 , 2008                    s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge